**NOT FOR PUBLICATION**                                                                 CLOSED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGUSTIN R. FERNANDEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CORE EDUCATION AND CONSULTING SOLUTIONS, INC., JAMES ASHBY and DAVID L. SMITH, individually <br><br> Defendant. | DOCKET NO.: 12-cv-06079-FSH-JBC <br><br> <u>Civil Action</u> <br><br> **ORDER** |

THIS MATTER having come before the Court on this 7th day of April, 2014, before the Honorable Faith S. Hochberg, U.S.D.J., and the Court having considered the submissions and arguments of counsel; and having considered the report and recommendation of the Honorable James B. Clark III, U.S.M.J. entered on March 10, 2014, and it appearing that Defendants have breached the terms of the Parties' settlement agreement; and good cause having been shown; it is hereby

ORDERED that Judge Clark's Report and Recommendation is hereby ADOPTED; and it is further

ORDERED that Final Judgment is hereby entered against Defendants and in favor of Plaintiff in the amount of $166,666.67.

                                                          <u>s/ Faith S. Hochberg</u>
                                                          **Hon. Faith S. Hochberg, U.S.D.J.**